UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COUNTY OF ALBANY, NEW YORK,

              Plaintiff,

   v.

ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMRX INC.; OPTUMINSIGHT, INC.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Case No.: 1:22-CV-00981-DNH-CFH**

**STIPULATION AND ORDER EXTENDING PAGE LIMIT FOR BRIEF IN SUPPORT OF MANUFACTURER DEFENDANTS' MOTION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between the undersigned counsel for Plaintiff County of Albany, New York ("Plaintiff") and Defendants Eli Lilly and Company; Novo Nordisk Inc.; and Sanofi-Aventis U.S. LLC (collectively, "Manufacturer Defendants"), that Manufacturer Defendants may file a brief not exceeding 35 pages in length in support of their motion to dismiss.

| | |
|---|---|
| Dated: Miami, Florida<br>April 11, 2023 | Dated: Menlo Park, California<br>April 11, 2023 |

**KOZYAK TROPIN & THROCKMORTON**     **DAVIS POLK & WARDWELL LLP**

By:*/s/ Benjamin Widlanski*                              By:*/s/ Chui-Lai Cheung*
    Benjamin Widlanski (Bar Roll No. 703741)    Neal A. Potischman (Bar Roll No. 703970)
    2525 Ponce De Leon Boulevard                 1600 El Camino Real
    Ninth Floor                                  Menlo Park, California 94025
    Miami, Florida 33134                         Tel.: (650) 752-2000
    Tel.: (305) 372-1800                         Fax: (650) 752-2111
    Fax: (305)372-3508                           Email: neal.potischman@davispolk.com
    Email: bwidlanski@kttlaw.com

                                                  Chui-Lai Cheung (Bar Roll No. 703971)
*Attorneys for Plaintiff*                                    450 Lexington Avenue
*County of Albany, New York*                                 New York, New York, 10017
                                                  Tel: (212) 450-4000
                                                  Fax: (212) 701-5800
Dated: Chicago, Illinois                                     Email: chui-lai.cheung@davispolk.com
       April 11, 2023

*Attorneys for Defendant*
*Novo Nordisk Inc.*

**PHILLIPS LYTLE LLP**

By: */s/ Peter A. Bellacosa*
    Peter A. Bellacosa (Bar No. 511186)       Dated: New York, New York
    Omni Plaza                                        April 11, 2023
    30 South Pearl Street
    Albany, NY 12207-1537                      **JONES DAY**
    Tel: (518) 618-1223
    Fax: (518) 472-1227                        By: */s/ Aaron M. Healey*
    Email: pbellacosa@phillipslytle.com            Aaron M. Healey (Bar Roll No. 703979)
                                                  250 Vesey Street
    James F. Hurst, P.C. (admitted PHV)        New York, NY 10281-1047
    Andrew A. Kassof, P.C.                     Tel.: (212) 326-3939
      (Bar Roll No. 704030)                  Fax: (212) 755-7306
    Diana M. Watral, P.C. (admitted PHV)       Email: ahealey@jonesday.com
    Ryan J. Moorman (admitted PHV)
    Jason A. Feld (admitted PHV)
    **KIRKLAND & ELLIS LLP**                   *Attorneys for Sanofi-Aventis U.S. LLC*
    300 North LaSalle
    Chicago, IL 60654
    Telephone: +1 312 862 2000
    Facsimile: +1 312 862 2200
    Email: james.hurst@kirkland.com
    Email: akassof@kirkland.com
    Email: diana.watral@kirkland.com

Email:  ryan.moorman@kirkland.com
Email:  jason.feld@kirkland.com

*Attorneys for Eli Lilly and Company*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-17-2023